**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6761**

---

JAMES ELLIOTT PRICE, SR.,

Petitioner - Appellant,

versus

ERNEST R. SUTTON, Administrator, d/b/a Wayne
Ingram, Acting Superintendent,

Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Richmond. Robert E. Payne, District Judge.
(CA-00-631-3)

---

Submitted: September 20, 2001     Decided: September 26, 2001

---

Before LUTTIG, KING, and GREGORY, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

James Elliott Price, Sr., Appellant Pro Se. Thomas Drummond
Bagwell, Assistant Attorney General, Richmond, Virginia, for
Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James Elliott Price, Sr., appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Price v. Sutton, No. CA-00-631-3 (E.D. Va. Mar. 21, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED